The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| DARREL HAWES, and all other similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PORTFOLIO RECOVERY ASSOCIATES, LLC, a Virginia corporation,<br><br>Defendant. | NO. 2:19-cv-00147-RSM<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

## I. STIPULATION

Plaintiff Darrel Hawes and Defendant Portfolio Recovery Associates, LLC, by and through their undersigned counsel of record, hereby stipulate and agree that, pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), the above-captioned matter, including all claims asserted therein, shall be dismissed with prejudice and without an award of attorneys' fees or costs to any party.

///

///

///

///

///

RESPECTFULLY SUBMITTED this 28th day of May, 2019.

| | |
|---|---|
| **KIRK D. MILLER, P.S.** | **SAVITT BRUCE & WILLEY LLP** |
| By */s/ Kirk D. Miller [email authorization]* <br> Kirk D. Miller, WSBA #40025 <br> 421 W. Riverside Ave., Suite 600 <br> Spokane, WA 99201 <br> Tel: (509) 413-1494 <br> kmiller@millerlawspokane.com | By */s/ Stephen C. Willey* <br> Stephen C. Willey, WSBA #24499 <br> 1425 Fourth Ave., Suite 800 <br> Seattle, WA 98101 <br> Tel: (206) 749-0500 <br> swilley@sbwllp.com |
| *Attorneys for Plaintiff Darrel Hawes* | *Attorneys for Defendant Portfolio Recovery Associates, LLC* |

## II.  ORDER

Based on the foregoing stipulation by the named parties, all of whom have appeared, and in accordance with Fed.R.Civ.P. 41(a)(1)(A)(ii), the above-captioned matter, including all claims asserted therein, is hereby dismissed with prejudice and without attorneys' fees, litigation expenses, or costs to any party.

It is so **ORDERED**.

Dated: May 29, 2019.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE